# United States Court of Appeals for the Federal Circuit

November 19, 2008

ERRATA

**Appeal No. 2007-1518**

Precedential Opinion, <u>Volkswagen of America, Inc. v. United States</u>

Decided: August 22, 2008

Please make the following changes:

On page 4, line 7, delete "Customs denied each of Volkswagen's claims. In response, f" and insert "F".

On page 4, line 9, delete ", contesting the denial of the claimed allowances.".

On page 10, footnote 2, delete "days of importation" and insert "days of liquidation". Also delete "days from importation" and insert "days from liquidation".